IN RE SEAVOLT.

[Cite as *In re Seavolt,* 121 Ohio St.3d 269, 2009-Ohio-1061.]

(No. 2007–1258—Submitted January 21, 2009—Decided March 17, 2009.)

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. D.H.,* 120 Ohio St.3d 540, 2009-Ohio-9, 901 N.E.2d 209.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Molly J. Bruns, Assistant State Public Defender, for appellant, Tracy Seavolt.